# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ACPRI, LLC a CALIFORNIA LIMITED LIABILITY COMPANY;<br><br>Plaintiff,<br><br>vs.<br><br>WASTEBUILT ENVIRONMENTAL SOLUTIONS, LLC a CALIFORNIA LIMITED LIABILITY COMPANY AND DOES 1-100 INCLUSIVE,<br><br>Defendant. | CASE NO. 5:24-cv-02675 SSS (SPx)<br><br>Assigned to Judge James V. Selna Courtroom 10C<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE [13]**<br><br>Trial Date:   None Set |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff ACPRI, LLC, a California Limited Liability Company ("Plaintiff"), and Defendant Wastebuilt Environmental Solutions, LLC, a California Limited Liability Company ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

///

3070411.1

STIPULATION FOR DISMISSAL WITH PREJUDICE

1. The above-captioned action, including all claims and counterclaims, shall be dismissed **with prejudice** as to all parties;

2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

DATED: April 7, 2025           By:/s/Hassan Elrakabawy
_____
Hassan Elrakabawy/Attorney for:
DEFENDANT WASTEBUILT
ENVIRONMENTAL SOLUTIONS, LLC

DATED: April 7, 2025           By:/s/Brian Pearcy
_____
Attorney for: PLAINTIFF ACPRI, LLC a
CALIFORNIA LIMITED LIABILITY
COMPANY

**So Ordered:** _____

**Dated: April 25, 2025           United States District Judge**

# PROOF OF SERVICE

**ACPRl, LLC., et al. vs. Wastebuilt Environmental, et al.**
**Superior Court of California, San Bernardino County - Case No. CIVSB2430833**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 S. Grand Avenue. 15th Floor, Los Angeles, CA 90071-1560.

    On April 8, 2025, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Brian C. Pearcy<br>**LAW OFFICES OF BRIAN C. PEARCY, APC**<br>4072 Chestnut Street, Second Floor<br>P.O. Box 1583<br>Riverside, CA 92501 | Attorneys for Plaintiffs,<br>ACPRI, LLC<br><br>Telephone: (951) 686-1586<br>Facsimile: (951) 686-1619<br>Email: bpearcy@bpearcylaw.com<br>lvelez-garcia@bpearcylaw.com<br>agherity@bpearcylaw.com |

    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on April 8, 2025, at Los Angeles, California.

                                         /s/Terri Troope
                                         Terri Troope

YUKEVICH | CAVANAUGH
355 S. GRAND AVENUE. 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

3070411.1

STIPULATION FOR DISMISSAL WITH PREJUDICE